RECEIVED
PRO SE

FEB 0 1 2016

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, [CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND]

___ FILED  ___ ENTERED
___ LODGED ✓ RECEIVED

FEB - 1 2016

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shateek Amin Bilal
_____
_____
_____

(Full name, prison identification
number and address of the plaintiff)

42 USC §1983
Section 504 of
The Rehabilative Act
A.D.A.

Wexford Health Sources Inc.
Maryland Dept. of Correction
Baltimore City Detention Center
Balt. County Dept. of Correction
John Doe #1  John Doe #2
John Doe #3  John Doe #4
_____

(Full name and address of the defendant(s))

Civil Action No. PWG-16-294
(Leave blank on initial filing to be filled in by Court.)

COMPLAINT

I.  **Previous lawsuits**

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

       YES ☐     NO ☑

   B.  If you answered YES, describe that case(s) in the spaces below.

       1.  Parties to the other case(s):

           Plaintiff: _____

           Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐    NO ☐

   1. If you answered YES:

      a. What was the result? _____
         _____

      b. Did you appeal?

         YES ☐    NO ☐

   2. If you answered NO to either of the questions above, explain why: _
      _____
      _____

**III. Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1. On or about 8/12/14 I was Detained in the Baltimore D.O.C. on Eager St.
2. Upon Admission I informed the Medical Staff that I was epileptic.
3. Upon going to the housing area I informed John Doe #1 Correctional officer as well as John Doe/Jane Doe medical staff about my need for my epilepsy medication to no avail. Despite Numerous complaints to John Doe Medical & Security staff I received no meds and remained assigned to a Top Bunk. I Suffered a seizure on Two (2) different occassions in two different Housing Locations. I suffered Back, Head and Neck injuries as a result.

**IV. Relief**
(State briefly what you want the Court to do for you.)

Punitive Damages in The amount of 100.000 Dollars. Compensatory Damages in the amount of 100,000 Dollars.

SIGNED THIS 25th day of, JANUARY, 2016.

(original signature of plaintiff)

2161 Barnes ave #6B

Bronx New York 10462

(address of plaintiff)